SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

03 JUN 24 AM 10: 29

GARY R. McFARLAND
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:03MJ57 (Nebr.) |
| ) | 4-03-M-30109 (Iowa) |
| vs. ) | |
| ) | ORDER FOR DISMISSAL |
| JAIME EUFRACIO CASTANEDA, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Motion of the United States (Filing No. ____), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Complaint.

IT IS ORDERED that the Motion to Dismiss the Complaint (Filing No. _____) is granted.

Dated this 24th day of June, 2003.

BY THE COURT:

_____
THOMAS D. THALKEN
United States Magistrate Judge

CC: USA